NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LYNK LABS, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2023-1934

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01300.

-------------------------------------------------

**LYNK LABS, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2023-1897

---

2       LYNK LABS, INC. v. SAMSUNG ELECTRONICS CO., LTD.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01299.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Upon consideration of Lynk Labs, Inc.'s unopposed motion to voluntarily dismiss Appeal No. 2023-1897 pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2023-1897 is dismissed. The caption for the remaining appeal is reflected above.

(2) Each side shall bear its own costs as to Appeal No. 2023-1897.

(3) Lynk Labs's opening brief in appeal No. 2023-1934 is due within 60 days of the date of filing of this order.

FOR THE COURT

July 11, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (AS TO NO. 2023-1897 ONLY): July 11, 2023